# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sarah Abrams, et al.

                               Plaintiff,

v.                                                                      Case No.: 1:23–cv–00085

                                                                                 Honorable Sara L. Ellis

Camp Horseshoe LLC, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 2, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Settlement conference held on 6/2/2023. The parties have reached a settlement in principle. The Court dismisses Plaintiffs' amended complaint [20] without prejudice with leave to reinstate within 60 days. After 60 days, the dismissal will convert to a dismissal with prejudice. All pending motions are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.